# Exhibit 4



Regarding your credit card account ending in XXXX

Name 1
Name 2
Address 1
Address 2
Address 3

LTC12087
Portfolio
1004_Portfolio
Cell #: ?
?
Creative Pkg:CCS Standard Lt
Mail Date:?
Last Edit Time: 9/14/04;9:13:44 AM
Current Time: 9/14/04; 9:12:08 AM
User name: TempUser1

Page width: 8.500 in
Page height: 14.000 in
Fonts:Helvetica
TimesNewRomanPS
TimesNewRomanPS-Bold
ZurichBT-BoldCondensed
ZurichBT-RomanCondensed
ZurichBT-ItalicCondensed

Colors on this page/spread:
Black
FPO Variable

Important: Colors will not be listed accurately if images are

Images:

Dear [pos 1-26]:

As you may know, the JPMorgan Chase and Bank One holding companies merged in July, and Chase and Bank One are merging as one bank under the Chase name. We believe that the merger of our two companies will enable us to serve you better with a greater range of financial products – without sacrificing the quality of service you receive.

Your satisfaction is important to us and we will do our best to ensure that this transition is as seamless as possible for you. Your account number will not change and we will continue to honor any instructions you have provided for recurring bills (such as utilities and Internet Service) or for scheduled payment of your credit card account. If you pay by check, please continue to send your payments to the address provided on your monthly statement. You will also continue to enjoy the benefits on your account, such as Zero Liability for Unauthorized Purchases and Emergency Cash and Card Replacement.*

**We have enclosed a notice about changes to your Cardmember Agreement and a new Rates and Fees table. Please read these documents carefully and keep them with your Cardmember Agreement for future reference. The noted changes take effect according to the summary on the back of this letter.**

Because protecting your personal information is a priority to us, we are enclosing our Privacy Policy. It describes the ways we protect the Privacy of customer information, the information we share and your right to limit our sharing of information about you. If you have already provided us with your Privacy opt-out choices, **you do not need to contact us.** If you want to change the prior opt-out choices you gave us or have other questions regarding Privacy, please call us at the number listed inside the enclosed Privacy Policy.

If you have any questions about the other enclosed information or about the merger, please feel free to contact us 24 hours a day, 7 days a week at (800) 345-8879.

Thank you for your business. It is our pleasure to serve you.

Sincerely,

Cardmember Service

* You will be informed of any future changes in terms to these account benefits 30 days before they take effect.

## CHANGE IN TERMS NOTICE AND NEW CARDMEMBER AGREEMENT

This Notice informs you that the Cardmember Agreement for your account is being replaced by a new Cardmember Agreement ("Agreement"). The Agreement will incorporate certain terms from your existing agreement that will not change. The Agreement is enclosed with this Notice. The Agreement is easier to read, and we are also changing certain terms on your account. To help you understand the changes in terms on your account, we explain the most important changes in the Summary below and highlight those changes by shading them in the enclosed Agreement.

Please read carefully the Summary of New Terms below. The changes described in Sections 1, 2 and 3 of the Summary will take effect for billing cycles ending on or after December 1, 2004 and thereafter. The changes described in Section 4 of the Summary will take effect for billing cycles ending on or after March 1, 2005 and thereafter. The changes described in Section 5 of the Summary will take effect for billing cycles ending on or after April 1, 2005 and thereafter. After these five sections of the Summary, we describe your rights to choose not to accept the changes in Sections 2 and 3 and how to exercise those rights. The changes in terms and your new Agreement will apply for all existing and future balances on your account.

**SUMMARY OF NEW TERMS:**

**SECTION 1.**
- If any APR on your account is greater than 23%, we may increase the minimum payment due up to 5% as described in your Agreement.
- The cash advance transaction fee will be 3%, $10 minimum, and no maximum.
- The balance transfer transaction fee will be 3%, $5 minimum, and $75 maximum.
- The minimum periodic rate finance charge will be $1, and may apply if any periodic finance charge is imposed in a billing cycle.
- The late fee will be $15 if the balance is up to but not including $250, and $35 if the balance is $250 and over. However, if the default rate is in effect on a monthly statement, we may charge a late fee of $35 regardless of the amount of your balance.
- The overlimit, return payment, return check, and stop payment fees will be changed to $35.
- If your account has an annual membership fee and your account is closed by you or by us, you will continue to pay the annual membership fee until the outstanding balance on your account is paid in full and your account relationship terminates.
- The amount that we may add with respect to transactions in foreign currencies will be changed to 3%.
- We will change when transactions are added to the daily balances.
- Information sharing rights for Illinois cardmembers are provided.
- All other terms in the Agreement that are not described in this Summary will apply. Certain items in your existing Cardmember agreement will be referred to differently in this Agreement. For example, convenience checks will be referred to as cash advance checks, the Pricing Schedule as the Rates and Fees table, and the non-preferred interest rate as the default rate.

**SECTION 2.**
- If any of your standard interest rates will be changed, they appear and are shaded on the Rates and Fees table in the Agreement.
- The Default interest rate that may apply if your account is in default will be changed in several ways. Historical information that precedes these changes may be used to determine whether or not your account meets the conditions of the revised terms.
  - There will be a new maximum rate that appears and is shaded on the Rates and Fees table in the Agreement.
  - We will provide that once the default rate is in effect on your account, your existing and new balances will remain subject to the default rate.
  - We will provide that the default rate may apply if your account is closed, we demand payment of your full balance and we do not receive payment within the time we specify.
- Your interest rate for overdraft advances charged to your account will be changed to be the overdraft advance APR that appears and is shaded on the Rates and Fees table in the Agreement.

**SECTION 3.**
- The arbitration agreement section provides that arbitration is at the choice of either party, contains a small claims exemption, provides for the advancement of certain costs to file an arbitration, permits a right of appeal to either party and contains other differences from your existing arbitration terms. Review the entire arbitration agreement section to fully understand the differences.

**SECTION 4.**
- We will change the periodic finance charge calculation as follows:
  - We will change the rounding method used when we calculate your daily periodic rate.
  - To get the total periodic finance charge, we will add all the daily periodic finance charge calculations for each transaction category for each day for the billing cycle, plus the daily periodic finance charges on purchases, if any apply, for the previous billing cycle.

**SECTION 5.**
- If any APRs on your account vary with changes to the Prime Rate, we will change the provisions of your Agreement that describe when and how we calculate these rates. In calculating these rates we will use a Prime Rate published in *The Wall Street Journal* two business days before the Closing Date shown on your billing statement.

**YOUR RIGHTS TO CHOOSE NOT TO ACCEPT THE CHANGES IN SECTIONS 2 AND 3 OF THIS NOTICE:**

The changes described in Sections 2 and 3 of this Notice will not become effective if you send us a written letter that you choose not to accept them. You may choose not to accept the changes in Section 2, Section 3, or both Sections 2 and 3. If the only choice you make is not to accept the change in Section 3, your account will remain open. If you do not accept the changes in Section 2, your account will be closed to further use (if it is not already closed). In any event, we must receive your letter no later than November 25, 2004. In your letter please include your name, address, account number and a statement that you do not want Section 2, Section 3, or both sections, to apply to your account. If you do not specify which sections you choose not to accept, we will assume that you chose not to accept both sections and your account will be closed. Your letter must be mailed to Chase Manhattan Bank USA, N.A., P.O. Box 15193, Wilmington, DE, 19850-5193. We must receive your written letter by the time indicated and at the address indicated or your choice(s) will not be effective; it is not sufficient to telephone us. If your letter is received by November 25, 2004 and you do not accept Section 3, the changes in that section described above will not apply to your account and you must pay off any outstanding balances on your account in accordance with the payment and other applicable terms of your Agreement.

Please retain this Notice for your records.

LTC12087
Portfolio
1004_Portfolio
Cell #: ?
?
Creative Pkg:CCS Standard Lt
Mail Date:?

Last Edit Time: 9/14/04;9:13:44 AM
Current Time: 9/14/04; 9:12:08 AM
User name: TempUser1

Page width: 8.500 in
Page height: 14.000 in
Fonts:Helvetica
TimesNewRomanPS
TimesNewRomanPS-Bold
Times-Roman
ZurichBT-BoldCondensed
ZurichBT-RomanCondensed
ZurichBT-ItalicCondensed

Colors on this page/spread:
Black

Important: Colors will not be listed accurately if images are missin

Images:

LTC12087

Case 2:07-cv-04103-NKL   Document 11-5   Filed 06/20/07   Page 3 of 6

# Cardmember Agreement

## 1. ACCEPTANCE OF THIS AGREEMENT

This agreement governs your credit card account we as referenced on the card carrier containing the card. The issuer of the account is the bank whose name is covered by this agreement. Please read this entire agreement and keep it for your records. The entire agreement may be in separate parts, including this document and a "Rates and Fees" table that is expressly made a part of this agreement. You authorize us to pay for and charge your account for all transactions made on your account, as well as any fees or finance charges. If this is a joint account, each of you, together and individually, is responsible for paying all amounts owed, even if the account is used by only one of you.

Please sign the back of your credit card when you receive it. We will be bound by this agreement if you or anyone authorized by you use your account for any purpose, even if you don't sign your card. Whether you use your account or not, you will be bound by this agreement unless you cancel your account within 30 days after receiving your card and you have not used your account for any purpose.

Throughout this agreement, the words "we", "us" and "our" mean Chase Manhattan Bank USA, N.A., the issuer of your credit card and account. The words "you" and "your" mean each of you individually responsible for complying with this agreement, and any person who with your permission uses your account. The word "card" means one or more cards we have issued, and any duplicates and renewals we issue. Anyone who uses your account agrees to be liable on the account. The word "Cash" means one or more persons responsible for credit card transactions of any kind we consider not permissible under this agreement.

## 2. USING YOUR ACCOUNT

Your account is a consumer account and should be used only for personal, family or household purposes. Unless we agree otherwise, your account is not for business purposes. We also refer to them in this agreement as your account. You may not use your account for any illegal or unlawful transactions. For example, internet gambling may be illegal in some places. It is not our responsibility to make sure that you use your account only for permissible transactions, and you will remain responsible for paying for a transaction even if it is not permissible.

Types of Transactions:

- **Purchases:** You may use your card to pay for goods or services.
- **Checks:** We may provide you cash advance checks or balance transfer checks as a way to carry your account. We also refer to them in this agreement as "convenience checks." You may use a check or other means to transfer balances to your account, or to pay for goods or services, to make purchases, or for any other related purposes. Only the person whose name is printed on the check may use the check. Cash advance checks may also be referred to as convenience checks.
- **Balance Transfers:** You may transfer balances from other accounts or loans with other credit card issuers or other lenders to the account, or other balance transfers we allow. But you may not transfer balances to this account from other accounts or loans owed to us or our related companies. You may use a requested balance transfer will exceed your available credit line, we may process a partial balance transfer up to your available credit line.
- **Cash Advances:** You may use your card to get cash from automatic teller machines, or from financial institutions accepting the card, or to obtain cash-like charges; or to obtain lottery tickets, casino gaming chips, race track wagers or for similar betting transactions. You may also use a third party service to make a payment on your behalf to the payment to the account. Cash amounts so obtained could be referred to as Advances.
- **Overdraft Advances:** You may be eligible checking account with one of our related banks; you may link the account to the checking account with us or any of our related companies. You will fund the payment automatically as this request and your checking account agreement.

### Billing Cycle:

In order to manage your account, we divide time into periods called "billing cycles." Each billing cycle is approximately one month in length. For each cycle, you will receive a billing statement. You may also see this as referred to as a statement. There will be a payment date each month. Your account will have a billing cycle ending each calendar month whether

1004   ADV2039

---

## 16. GOVERNING LAW

THE TERMS AND ENFORCEMENT OF THIS AGREEMENT AND YOUR ACCOUNT SHALL BE GOVERNED AND INTERPRETED IN ACCORDANCE WITH FEDERAL LAW AND, TO THE EXTENT STATE LAW APPLIES, THE LAW OF DELAWARE WITHOUT REGARD TO CONFLICT-OF-LAW PRINCIPLES. THE LAW OF DELAWARE, WHERE WE AND YOUR ACCOUNT ARE LOCATED, WILL APPLY NO MATTER WHERE YOU LIVE OR USE THE ACCOUNT.

## 17. FOR INFORMATION

Please call the Cardmember Service telephone number on your card or billing statement if you have any questions about your account or the agreement.

## 18. YOUR BILLING RIGHTS

### Keep This Notice For Future Use

This notice contains important information about your rights and our responsibilities under the Fair Credit Billing Act.

**Notify Us In Case Of Errors Or Questions About Your Bill**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the Cardmember Service address shown on your billing statement. Write to us as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are not sure about.

If you have authorized us to pay your credit card bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment your letter must reach us at least three business days before the automatic payment is scheduled to occur.

### Your Rights And Our Responsibilities After We Receive Your Written Notice

We must acknowledge your letter within 30 days, unless we have corrected the error by then. Within 90 days, we must either correct the error or explain why we believe the bill was correct.

After we receive your letter, we cannot try to collect any amount you question, or report you as delinquent. We can continue to bill you for the amount you question, including finance charges, and we can apply any unpaid amount against your credit limit. You do not have to pay any questioned amount while we are investigating, but you are still obligated to pay the parts of your bill that are not in question.

If we find that we made a mistake on your bill, you will not have to pay any finance charges related to any questioned amount. If we didn't make a mistake, you may have to pay finance charges, and you will have to make up any missed payments on the questioned amount. In either case, we will send you a statement of the amount you owe and the date that it is due.

If you fail to pay the amount that we think you owe, we may report you as delinquent. However, if our explanation does not satisfy you and you write to us within ten days telling us that you still refuse to pay, we must tell anyone we report you to that you have a question about your bill. And, we must tell you the name of anyone we reported you to. We must tell anyone we report you to that the matter has been settled between us when it finally is.

If we don't follow these rules, we can't collect the first $50.00 of the questioned amount, even if your bill was correct.

### Special Rules for Credit Card Purchases

If you have a problem with the quality of property or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the property or services. There are two limitations on this right:

(a) You must have made the purchase in your home state or, if not within your home state, within 100 miles of your current mailing address; and
(b) The purchase price must have been more than $50.00.

These limitations do not apply if we own or operate the merchant, or if we mailed you the advertisement for the property or services.

Copyright © 2004 JPMorgan Chase & Co. All rights reserved.

12    ADV2039   1004

---

Changes, and the consequences, if you do or do not exercise those rights. For example, the notice may state that you may notify us in writing by a specified date if you do not want to accept certain Changes we are making. If you notify us in writing that you do not accept the Changes, your account may be closed if it is not already closed, and you will be obligated to pay your outstanding balance under the applicable terms of the agreement. If you do not notify us in writing by the date stated in the notice, or if you notify us but then use your account after the date stated in the notice, you will be deemed to accept all Changes in the notice and to accept and confirm all terms of your agreement and all Changes in prior notices we have sent you regardless of whether you have access to your account.

## 10. CREDIT INFORMATION

We may periodically review your credit history by obtaining information from credit bureaus and others.

We may report information about your account to credit bureaus, including your failure to pay us on time. If you request additional cards on your account for others, we may report account information in your name as well as in the names of those other people.

If you think we have reported inaccurate information to a credit bureau, you may write to us at the Cardmember Service address listed on your billing statement. Please include your name, address, account number, telephone number and a brief description of the problem. If available, please provide a copy of the credit bureau report in question. We will promptly investigate the matter and if our investigation shows that you are right, we will contact each credit bureau to which we reported the information and will request they correct the report. If we disagree with you after our investigation, we will tell you in writing or by telephone. We will also notify the credit bureau that you dispute the information unless you let us know that you no longer dispute the information.

## 11. NOTICES/CHANGE OF PERSONAL INFORMATION

We will send cards, billing statements and other notices to you at the address shown in our files. Or, if this is a joint account, we can send billing statements and notices to any one of you and it will be considered notice to all of you and it will be considered notice to all of you and if you will remain obligated on the account.

If you change your name, address, or home or business telephone number or email address (if you elect to receive billing statements or other notices in that way), you must notify us immediately in writing. If the address shown on the back of your billing statement, We may, at our option, accept mailing address corrections from the United States Postal Service.

## 12. TELEPHONE MONITORING AND RECORDING

We, and if applicable, our agents, may listen to and record your telephone calls with us. You agree that we, and if applicable, our agents, may do so, whether you or we initiate the telephone call.

## 13. ILLINOIS CARDMEMBERS: INFORMATION SHARING

Our Privacy Policy, which you have received, describes our information sharing practices. To the extent permitted under applicable law, and as an exception to the statement of personal information about you with companies or organizations outside of our family of companies.

## 14. ENFORCING THIS AGREEMENT

We can delay enforcing any of our rights under this agreement without losing our right to enforce them in the future. If any of the terms of this agreement are found to be unenforceable, all other terms will remain in full force.

## 15. ASSIGNMENT

We may assign your account, any amounts you owe us, or any of our rights and obligations under this agreement to a third party. The person to whom we make the assignment will be entitled to any of our rights that we assign to that person.

11   3.375"

---

Agreement, in which case this Agreement will prevail. These procedures and rules may limit the amount of discovery available to you or us. The arbitrator will apply applicable substantive law consistent with the FAA and applicable statutes of limitations, and will honor claims of privilege recognized at law. The arbitration will be reasonable in length and location, as selected by counsel. The arbitrator will take reasonable steps to protect Account information and other confidential information if requested to do so by you or us. Each party to the arbitration will bear the expense of its own attorneys, experts and witnesses, unless otherwise required by law and/or the Arbitration Agreement. However, if any party prevails on a statutory claim which affords the prevailing party attorneys' fees, or if there is a written agreement providing for fees, the arbitrator may award reasonable fees to the prevailing party, under the standards for fee shifting provided by law. At the timely request of either party, the arbitrator shall provide a brief written explanation of the basis for the award.

The arbitrator's decision will be final and binding, except for any right of appeal provided by the FAA. However, any party can appeal an award to a three-arbitrator panel administered by the Administrator, which shall reconsider de novo any aspect of the initial award requested by the appealing party. The decision of the panel shall be by majority vote. Reference in this Arbitration Agreement to "the arbitrator" shall mean the panel if an appeal of the arbitrator's decision has been taken. The costs of such an appeal will be borne by the appealing party regardless of the outcome of the appeal. However, the arbitrator(s) may award costs and fees to a prevailing party as permitted by applicable law. Any final decision of the appeal panel is subject to judicial review only as provided under the FAA.

Severability, Survival. Claims, appeals, remedies. Failure or any delay in enforcing the Arbitration Agreement at any time, or in connection with any particular Claims, is not a waiver of the right to compel arbitration. If any portion of this Arbitration Agreement cannot be enforced, the rest of this Arbitration Agreement will continue to apply. Any different agreement regarding arbitration must be in writing. The Arbitration Agreement shall survive (i) the termination or changes in the Cardmember Agreement, the Account or the relationship between us concerning the Account, such as the issuing of a new Account number or the transfer of balances from the Account to another account; (ii) the bankruptcy of any party; and (iii) the assignment of your rights and obligations under, or the sale, assignment or transfer of your Account or any amounts owed on your Account, by us to any other person or entity. If any portion of this Arbitration Agreement (other than provisions prohibiting class-wide arbitration, joinder or consolidation) is deemed invalid or unenforceable, it shall not invalidate the remaining portions of this Arbitration Agreement, which shall remain in force.

## 9. CHANGES TO THIS AGREEMENT

We can change this agreement at any time, regardless of whether you have access to your account by adding, deleting, or modifying any provision. Our right to add, delete, or modify provisions includes financial terms, such as the APRs and fees, and other terms such as the nature, extent, and enforcement of the rights and obligations you or we may have relating to this agreement. Modifications, additions, or deletions are called "Changes" or a "Change."

We will notify you of any Change if required by applicable law. These Changes may be effective with notice only, or at the time stated in the notice, in accordance with applicable law. Unless we state otherwise, any Change will apply to the unpaid balance of your account and to new transactions. The notice will describe any rights you may have with respect to any

10    3.25"

---

directors, employees, agents and representatives if, and only if, such a third party is named by you as a co-defendant in any Claim you assert against us.

Claims Covered. Either you or we may, without the other's consent, elect mandatory, binding arbitration of any claim, dispute or controversy, by either you or us (and our related parties, including employees and assignees) against the other, or against the employees, parents, subsidiaries, affiliates, beneficiaries, agents or assigns of the other, arising from or relating in any way to the Cardmember Agreement or any prior Cardmember Agreement, your credit card Account (including any prior Account), any transactions on your Account, advertisements, solicitations, or the relationship between you and us, including the enforceability and scope of this Arbitration Agreement and this Agreement ("Claims"). This Arbitration Agreement governs all Claims, whether such Claims are based on law, statute, contract, regulation, ordinance, tort, common law, constitutional provision, or any other legal theory. Claims include matters arising as counterclaims, cross-claims, third-party claims, interpleaders or otherwise, and whether brought by an original party or by a third party. It also includes disputes based upon contract, tort, consumer rights, fraud and other intentional torts (except a claim in tort that would constitute a compulsory counterclaim), constitution, statute, regulation, ordinance, common law and equity (including any claim for injunctive or declaratory relief). The Arbitration Agreement does not apply to any individual action brought by you in small claims court or your state's equivalent court, unless such an action is transferred, removed or appealed to a different court. It also includes disputes about the validity, enforceability, arbitrability or scope of this Arbitration Agreement or this Agreement. References to "you" and "us" include our respective parents, subsidiaries, affiliates, predecessors, successors, and assigns; the employees, agents, officers, directors, shareholders, members and representatives of any of them; and all persons and entities referred to in the third paragraph under the heading "Arbitration Agreement" above.

Claims are subject to arbitration, regardless of what legal theory they are based on or what remedy (damages, or injunctive or declaratory relief) they seek. Claims subject to arbitration include Claims that are made as counterclaims, cross claims, third-party claims, interpleaders or otherwise, as well as Claims made either independently or with other claims. A party who initiates a proceeding in court may elect arbitration with respect to any Claim advanced in that proceeding by any other party. Claims and remedies sought as part of a class action, private attorney general or other representative action are subject to arbitration on an individual (non-class, non-representative) basis, and the arbitrator may award relief only on an individual (non-class, non-representative) basis.

No arbitrator, however, shall have authority to award relief to, against or for the benefit of any person not a party to the proceeding, and no arbitration will be consolidated with any other without the written consent of all parties. The arbitrator will have the authority to award remedies and relief to the same extent as a court with jurisdiction over the parties and subject matter of the Claim would have, and shall apply the substantive law that such a court would apply, and shall honor claims of privilege recognized at law.

As established above, YOU AND WE AGREE THAT NEITHER YOU NOR WE SHALL (A) SEEK TO HAVE ANY DISPUTE HEARD AS A CLASS ACTION, AS A PRIVATE ATTORNEY GENERAL ACTION, OR IN ANY OTHER PROCEEDING IN WHICH EITHER PARTY ACTS OR PROPOSES TO ACT IN A REPRESENTATIVE CAPACITY; OR (B) JOIN OR CONSOLIDATE CLAIMS BY OR AGAINST OTHER CARDMEMBERS. No arbitrator shall have authority to conduct any arbitration in violation of this provision or to issue any relief that applies to any person or entity other than you and/or us individually.

Initiation of Arbitration Proceeding/Selection of Administrator. Any party asserting a Claim must give written notice to the other party of an election to arbitrate. That notice may be given before or after a lawsuit has been filed concerning the Claim or with respect to other Claims brought later in the lawsuit, and it may be given in papers or motions in the lawsuit. If such a notice is given, the Claim shall be resolved by arbitration under this Arbitration Agreement and the applicable rules of the arbitration administrator ("Administrator") then in effect. The party giving notice of election to arbitrate will select the Administrator. The Administrator to be selected is one of the following:

American Arbitration Association, 335 Madison Avenue, Floor 10, New York, NY 10017-4605, Web site: www.adr.org, 800-778-7879
JAMS, 1920 Main Street, Suite 300, Irvine, CA 92614, Web site www.jamsadr.com, 800-352-5267
National Arbitration Forum, P.O. Box 50191, Minneapolis, MN 55405, Web site: www.arbitration-forum.com, 800-474-2371

Parameters and rules applicable to the arbitration. A single, neutral arbitrator will resolve Claims. The arbitrator will be either a lawyer with at least ten years experience or a retired or former judge. The arbitration will be conducted under the applicable procedures and rules of the Administrator that are in effect on the date the arbitration is filed unless those procedures and rules are inconsistent with this Arbitration

9    3.25"

---

- You file for bankruptcy.
- We obtain information that causes us to believe that you may be unwilling or unable to pay your debts to us or to others on time.
- You become incapacitated or in the event of your death.

If we consider your account to be in default, we may close your account without notice and require you to pay your unpaid balance immediately. We also may require you to pay interest at the rate of two percent (2%) a month on the unpaid balance when we deem the balance to be six or more billing cycles past due.

To the extent permitted by law, if you are in default because you have failed to pay us, you will pay our collection costs, attorneys' fees, court costs, and all other expenses of enforcing our rights under this agreement.

## 7. CLOSING YOUR ACCOUNT

You may close your account at any time. If you call us to close your account, we may require that you confirm your request in writing.

We may close your account at any time or suspend your credit privileges. If any time the APRs or fees under this agreement, we may close your account and require you to pay the outstanding balance immediately. You will be responsible for charges to your account, even if they are made to or processed after your account is closed. We will be required to honor the terms of this agreement, including from closing your account or suspending your credit privileges.

If you or we close your account, you and any authorized users must stop using your account, and any authorized users' cards. The act of closing your account or suspending your credit privileges will not affect your obligations to us for the amount you owe. You will continue to be responsible for charges to your account allowed by law, we may require you to pay the outstanding balance immediately and charge you the default rate if we do not receive payment within the time we specify.

## 8. ARBITRATION AGREEMENT

**PLEASE READ THIS AGREEMENT CAREFULLY. IT PROVIDES THAT ANY DISPUTE MAY BE RESOLVED BY BINDING ARBITRATION. ARBITRATION REPLACES THE RIGHT TO GO TO COURT, YOU WILL NOT BE ABLE TO BRING A CLASS ACTION OR OTHER REPRESENTATIVE ACTION IN COURT SUCH AS IN THE FORM OF A PRIVATE ATTORNEY GENERAL ACTION, NOR WILL YOU BE ABLE TO BRING ANY CLAIM IN ARBITRATION AS A CLASS ACTION OR OTHER REPRESENTATIVE ACTION. YOU WILL NOT BE ABLE TO BE PART OF ANY CLASS ACTION OR OTHER REPRESENTATIVE ACTION BROUGHT BY ANYONE ELSE OR BE REPRESENTED IN A CLASS ACTION OR OTHER REPRESENTATIVE ACTION. IN THE ABSENCE OF THIS ARBITRATION AGREEMENT, YOU AND WE MAY OTHERWISE HAVE HAD A RIGHT OR OPPORTUNITY TO BRING CLAIMS IN A COURT, BEFORE A JUDGE OR JURY, AND/OR TO PARTICIPATE OR BE REPRESENTED IN A CASE FILED IN COURT BY OTHERS (INCLUDING CLASS ACTIONS). EXCEPT AS OTHERWISE PROVIDED BELOW, THOSE RIGHTS ARE WAIVED. OTHER RIGHTS THAT YOU WOULD HAVE IF YOU WENT TO COURT, SUCH AS DISCOVERY OR THE RIGHT TO APPEAL THE DECISION, MAY BE MORE LIMITED OR MAY NOT EXIST. PLEASE READ THIS ARBITRATION AGREEMENT CAREFULLY.**

For purposes of this Arbitration Agreement, the words "we", "us", and "our" mean not only Chase Manhattan Bank USA, N.A., but also (1) all of its parents, wholly or majority owned subsidiaries, affiliates, licensees, predecessors, successors, and assigns; (2) any purchaser of your Account, and all of its parents, wholly or majority owned subsidiaries, affiliates, licensees, predecessors, successors, and assigns; and (3) all third parties who are regarded as agents or representatives of us in connection with a Claim arising out of the Cardmember Agreement, your Account, transactions involving your Account, and/or your relationship with us. The phrase "third parties" in (3) above includes, without limitation, all third parties providing any goods and/or services in connection with the issuance, administration and operation of the Account, such as payment and transaction processing; rewards programs and enrollment services; credit insurance; telephone, Internet and other access services; emergency card replacement; debit collection; and all of their officers,

8    3.125"

---

ADV2039
Portfolio
1004 Portfolio
Cell #: ?
Chase Standard
Creative Pkg:C
Mail Date: ?

Last Edit Time: 9/15/04 6:
Contract Time: 9/15/04 6:
User name: systems33

Page width: 25.000 in
Page height: 8.000 in
Fonts: ZurichBT-RomanCo
ZurichBT-BookCondensed
Helvetica
ZurichBT-ItalicCondensed

Colors on this page/approx Black.

Important: Colors will not

3.5" Cover

Case 2:07-cv-04103-NKL   Document 11-5   Filed 06/20/07   Page 4 of 6

or not there is a billing statement for that billing cycle.

**Authorized Users:**

If you allow someone to use your account, that person will be an authorized user. You should think carefully before allowing anyone to become an authorized user because you are allowing that person to use the account as you can. You will remain responsible for the use of your account and each card issued on your account according to the terms of this agreement. This includes your responsibility for paying all charges on your account made by an authorized user.

You may request an additional card for use by an authorized user on your account. If you do so, this account may appear on the credit report of that authorized user.

You must notify us to terminate an authorized user's permission to use your account. If you notify us, we may close the account and/or issue a new card or cards with a different account number. You should also recover and destroy any cards, checks or any other means of access to your account from that authorized user.

**Credit Line:**

Your credit line appears on your billing statements. Your billing statement also may show that only a portion of your credit line may be used for cash advances. Cash advance checks, cash advances and overdraft advances are charged against the cash advance portion of your credit line, and all other transactions are charged against your credit line. You are responsible for keeping track of your account balance, including any fees and finance charges, and making sure it remains below your credit line. If your account balance is over your credit line for any reason, we may charge you an overlimit fee as described in this agreement. We may, but are not required to, authorize charges that go over your credit line. You must pay any amount over your credit line, and you must pay us immediately if we ask you to. This agreement applies to any balance over your credit line.

At our discretion, we may increase, reduce, or cancel your credit line, or the cash advance portion of your credit line, at any time. However, if you have asked us not to do so, we will not increase your credit line. A change to your credit line will not affect your obligation to pay us.

**Transactions in Foreign Currencies:**

If you make a transaction in a foreign currency, Visa USA Inc. or MasterCard International, Inc. will convert the transaction into U.S. dollars by using its respective currency conversion procedures in effect on the date it processes the transaction. Currently, each of them uses either a wholesale market rate or a government-mandated rate and adds one percent to that rate. We then add two percent to the figure provided to us. If either Visa USA or MasterCard International ceases adding one percent to the wholesale or government-mandated conversion rate, we will add three percent to the figure provided to us by that entity. The rate in effect on the processing date may differ from the rate on the date you used your card or account. The same process will be used if a transaction must be converted back into a foreign currency such as for a reversal.

**Refusal to Authorize Transactions:**

We may, but are not required to, decline a transaction on your account for any of the following reasons:

- because of operational considerations,
- because your account is in default,
- if we suspect fraudulent or unlawful activity or,
- in our discretion, for any other reason.

We are not responsible for any losses if a transaction on your account is declined for any reason, either by us or a third party, even if you have sufficient credit available.

For on-line transactions, we may require that you register your account with an authorization system that we select. We will notify you if we want you to register. If you do not register, we may decline your on-line transactions.

**Refusal to Pay Checks:**

Each check you write is your request for funds. When we receive a check for payment, we may review your account to decide whether to authorize that check. We may, but are not required to, reject and return unpaid a check for any reason, including the following examples:

- We or one of our related companies is the payee on the check.
- Your credit line or cash advance portion of your credit line has been exceeded, or would be exceeded if we paid the check.

3.5"

Fold

- The check is post-dated. If a post-dated check is paid, resulting in another check being returned or not paid, we are not responsible.
- You have used the check after the date specified on it.
- You are in default or would be if we paid the check.

**Lost or Stolen Cards, Checks or Account Numbers:**

If any card, check, account number or other means to access your account is lost or stolen, or you think someone used or may use them without your permission, you must notify us at once by calling the Cardmember Service telephone number shown on your card or billing statement. Do not use your account after you notify us, even if your card, check, account number or other means to access your account is found or returned. We may terminate or suspend your credit privileges when you notify us of any loss, theft or unauthorized use related to your account. You may be liable if there is unauthorized use of your account from which you receive no benefit, but you will not be liable for more than $50.00 of such transactions, and you will not be liable for any such transactions made after you notify us of the loss, theft or unauthorized use. However, you must identify for us the unauthorized charges from which you received no benefit.

We may require you to provide us information in writing to help us find out what happened. We may also require you to comply with certain procedures in connection with our investigation.

**3. PAYMENTS**

**Payment Instructions:**

Your billing statement and accompanying envelope include instructions you must follow for making payments and sets forth the date and time by which we must receive the payment.

You agree to pay us amounts you owe in U.S. dollars drawn on funds on deposit in a U.S. financial institution or the U.S. branch of a foreign financial institution using a payment check, money order or automatic debit that will be processed or honored by your financial institution. We will not accept cash payments. Your total available credit may not be restored for up to 15 days after we receive your payment.

Any payment check or other form of payment which you send to us for less than the full balance that is marked "paid in full" or with a similar notation or that you otherwise tender in full satisfaction of a disputed amount (conditional payments), must be sent to us at the conditional payments address listed on your monthly statement. We reserve all our rights regarding such payments. For example, if it is determined there is no valid dispute or if any such payment is received at any other address, we may accept the payment and you will still owe any remaining balance. We may refuse to accept any such payment by returning it to you, not cashing it or by destroying it. All other payments that you make should be sent to the regular payment address shown on your monthly statements.

We reserve the right to electronically collect your eligible payment checks, at first presentment and any representment, from the bank account on which the check is drawn. Our receipt of your payment checks is your authorization for us to collect the amount of the check electronically, or, if needed, by a draft drawn against the bank account. Payment checks will be collected electronically by sending the check amount along with the check, routing and account numbers to your bank. Your bank account may be debited as early as the same day we receive your payment. The original payment check will be destroyed and an image will be maintained in our records.

**Minimum Payment:**

You agree to pay at least the minimum payment due, as shown on your billing statement, so that we receive it by the date and time payment is due. You may pay more than the minimum payment due and may pay the full amount you owe us at any time. If you have a balance that is subject to finance charges, the sooner you pay us, the less you will pay in finance charges because finance charges accrue on your balance each day.

Your billing statement shows your beginning balance and your ending balance (the "New Balance" on your billing statement). If the New Balance is $10 or less, your minimum payment due will be the New Balance. Otherwise, it will be any amount past due; plus one of the following amounts: $10, 2% of the New Balance (reduced to the next lowest dollar) or the total finance charge shown on your statement (rounded up to the nearest dollar), whichever is greatest. But if any APR on your account is greater than 23% or your balance is over your credit line, we may require a minimum payment that is up to the sum of any amount past due; plus any amount over your credit line; plus the greater of $10 and an amount up to 5% of the New Balance (reduced to the next lowest dollar). If the percentage of the New Balance you are required to pay increases, it will not decrease when your

3.5"

Fold

APR decreases or your New Balance is under your credit line. For either calculation above, we may add to your minimum payment due any fees provided in this agreement such as late or overlimit fees.

**Payment Allocation:**

You agree that we are authorized to allocate your payments and credits in a way that is most favorable to or convenient for us. For example, you authorize us to apply your payments and credits to balances with lower APRs (such as promotional APRs) before balances with higher APRs.

**Credit Balances:**

You may request a refund of a credit balance at any time. We may reduce the amount of any credit balance by the amount of new charges or fees billed to your account.

**Automatic Charges:**

You may authorize a third party to automatically charge your account for repeat transactions (for example, monthly utility charges, memberships and insurance premiums). If automatic charges are stopped for any reason (including because your account is closed or suspended for any reason) or your account number changes, you are responsible for notifying the biller and paying these charges directly. If your account number changes, we may, but are not required to, pay from your new account number charges that you authorized to be billed to your old account number.

**Promotions:**

From time to time we may offer special terms for your account. If we do, we will notify you about the terms of the offer and how long they will be in effect. Any promotion is subject to the terms of this agreement, as modified by the promotional offer.

**Delayed Payment Program:**

We may offer you, in our discretion, a special promotional program that applies to eligible transactions made and/or posted to your account during a specified promotional period. We will notify you about the details of the program when we offer it to you. These transactions, if the offer provides, may be required to meet or exceed a specified dollar amount and/or take place at an eligible merchant location. If the offer provides, eligible transactions may be omitted from your account balance for the purpose of calculating the minimum payment due each month, or they may not be subject to any periodic rate finance charges for a specified period of time. If any portion of eligible transactions is not paid in full by the ending date of the program, or if your account is in default at any time during the program, that portion of the balance will thereafter be included in the minimum payment calculation and accrue finance charges in accordance with the regular terms of your agreement.

**4. FINANCE CHARGES**

**Daily Periodic Rates and Annual Percentage Rates:**

Your annual percentage rates ("APRs") and the corresponding daily periodic rates are listed on the "Rates and Fees" table (the "Table" or "Pricing Schedule") that is at the end of this document or provided separately. To get the daily periodic rate we divide the APR by 365, and in effect always round up at the fifth place to the right of the decimal point. We may also refer to standard rates and promotional rates as preferred rates and default rates as non-preferred rates. We may also refer to any rate or fee disclosed in the Table as a rate or fee disclosed in a Pricing Schedule Box.

**Variable Rates:**

One or more APRs that apply to your account may vary with changes to the Prime Rate. When you have an APR that varies with changes to the Prime Rate, we calculate the APR by adding a margin to the Prime Rate published in *The Wall Street Journal* two business days before the Closing Date shown on your billing statement. The "Prime Rate" is the highest (U.S.) Prime Rate published in the Money Rates section of *The Wall Street Journal*. If *The Wall Street Journal* stops publishing the Prime Rate, we will select a similar reference rate and inform you on your billing statement or through a separate notice.

A "margin" is the percentage we add to the Prime Rate to calculate the APR.

A "business day" is any day that is not a weekend or federal holiday. The Rates and Fees Table shows which rates, if any, are variable rates. It also lists the margin for each variable rate and any minimum daily periodic rate and corresponding APR.

Two business days before the Closing Date shown on your billing statement, we see what the Prime Rate is. We then add the applicable margin to that Prime Rate to get the APR. The daily periodic rate is calculated as described above.

3.375"

Fold

If our calculation results in a change to a daily periodic rate from the previous billing cycle because the Prime Rate has changed, the new rate will apply as of the first day of your billing cycle that ends in the calendar month in which we made the calculation. If the daily periodic rate increases, you will have to pay a higher periodic finance charge and may have to pay a higher minimum payment.

**Default Rates:**

Your APRs also may vary if you are in default under this agreement or any other agreement you have with us or any of our related companies for any of the following reasons:

- We do not receive, for any payment that is owed on this account or any other account or loan with us, at least the minimum payment due by the date and time due.
- You exceed your credit line on this account.
- You fail to make a payment to another creditor when due.
- You make a payment to us that is not honored by your bank.
- To the extent allowed by law, if, at any time after your account is closed, we demand immediate payment of your outstanding balance and we do not receive payment within the time we specify.

If any of these events occurs, we may increase the APRs (including any promotional APR) on all balances up to a maximum of the default rate stated in the Rates and Fees Table. We may consider the following factors to determine your default rate: the length of time your account has been open; the existence, seriousness and timing of defaults on your account; other indications of your account usage and performance; information about your other relationships with us or any of our related companies; and information we obtain from consumer credit reports obtained from credit bureaus. The default rate will take effect as of the first day of the billing cycle in which the default occurs, and will apply to purchase balances from the previous billing cycle for which periodic finance charges have not been already billed.

If we decide not to increase your APR even though there is a default or if we do not increase your APR up to the maximum default rate stated in the Rates and Fees Table, we reserve our right to increase your APR in the event of any future default. We may in our discretion determine to charge reduced default rates or reinstate standard rates for all or selected balances on your account. We may also refer to this portion of the agreement as the Preferred Customer Pricing Eligibility section.

**Finance Charge Calculation—Two-Cycle Average Daily Balance Method (Including New Purchases) for Purchases and Average Daily Balance Method (Including New Transactions) for Other Transactions:**

We calculate periodic finance charges separately for each balance associated with a different category of transactions (for example, purchases, balance transfers, cash advance checks, balance transfer checks, cash advances, overdraft advances, and each promotion). These calculations may combine different categories with the same daily periodic rates. This is how it works:

We calculate the periodic finance charges for purchases in two steps, as follows:

- First, for each day of the billing cycle, we multiply the daily balance by the daily periodic rate.
- Second, for each day of the previous billing cycle we multiply the daily balance for purchases made in that billing cycle by the same daily periodic rate. However, we do not do this second step if we received payment in full of the New Balance on your previous billing statement by the date and time the minimum payment was due or if a periodic finance charge was already billed on that balance.

We calculate the periodic finance charges for purchases subject to a promotional rate the same way, but we use the promotional rate.

We calculate periodic finance charges for balance transfers, cash advance checks, balance transfer checks, cash advances, and overdraft advances by multiplying the daily balance for each of those categories by the daily periodic rate for each of those categories, each day. You may have overdraft advances only if you have linked this account to a checking account with one of our related banks. We calculate the periodic finance charges for balance transfers, cash advance checks, balance transfer checks and cash advances subject to a promotional rate the same way, but we use the promotional rate.

To get the daily balance for each day for each category:

3.25"

Fold

- We take the beginning balance for that day.
- We add to that balance any new transactions, fees, other charges, and debit adjustments that apply to that category. We add a new purchase, cash advance, balance transfer or overdraft advance to the daily balance as of the transaction date, or a later date of our choice. We add a new cash advance check or balance transfer check to the daily balance as of the date the cash advance check or balance transfer check is deposited by a payee, or a later date of our choice.
- We subtract from that balance any payments, credits, or credit adjustments that apply to that category and that are credited as of that day.
- We treat a credit balance as a balance of zero.

To get the beginning balance for each category for the next day, we add the daily periodic finance charge to the daily balance. If more than one daily periodic rate could apply to a category because the rate for the category may vary based on the amount of its average daily balance, we will use the daily periodic rate that applies for the average daily balance amount at the end of the billing cycle to calculate the daily periodic finance charge each day. This agreement provides for daily compounding of finance charges.

To get the total periodic finance charge for the billing cycle, we add all of the daily periodic finance charges for each category for each day during that billing cycle, plus the daily periodic finance charges on purchases, if any apply, for the previous billing cycle. However, if any periodic finance charge is due, we will charge you at least the minimum periodic finance charge stated in the Rates and Fees Table. If it is necessary to add an additional amount to reach the minimum finance charge, we add that amount to the balance for purchases made during the billing cycle.

The total finance charge on your account for a billing cycle will be the sum of the periodic finance charges plus any transaction fee finance charges.

For each category we calculate an average daily balance (including new transactions) for the billing cycle by adding all your daily balances and dividing that amount by the number of days in the billing cycle. If a periodic finance charge for purchases made during the previous billing cycle applies, the average daily balance for those purchases is calculated the same way. If you multiply the average daily balance for a category by that category's daily periodic rate, and multiply the result by the number of days in the billing cycle, the total will equal the periodic finance charges for that balance attributable to that billing cycle, except for minor variations due to rounding.

**Grace Period and Accrual of Finance Charges:**

We accrue periodic finance charges on a transaction, fee, or finance charge from the date it is added to your daily balance until payment in full is received on your account. However, we do not charge periodic finance charges on new purchases billed during a billing cycle if we receive payment of your New Balance by the date and time your minimum payment is due and we received payment of your New Balance on your previous billing statement by the date and time your payment was due. This exception or "grace period" only applies to purchases and does not apply to balance transfers, balance transfer checks, cash advances, cash advance checks or overdraft advances.

**Transaction Fees for Cash Advances:**

We may charge you a cash advance fee in the amount stated in the Rates and Fees Table for each of the following transactions:

- cash advance checks;
- cash advances.

In addition, if you use a third party service to make a payment on your behalf and the service charges the payment to this account, we may charge a transaction fee for the payment.

These transaction fees are **finance charges.** We add the fee to the balance for the related category as of the transaction date of the cash advance.

**Transaction Fees for Balance Transfers:**

We may charge you a transaction fee in the amount stated in the Rates and Fees Table for each of the following transactions:

- balance transfer checks;
- balance transfers.

These transaction fees are **finance charges.** We add the fee to the balance for the related category as of the transaction date of the balance transfer. For example, a transaction fee for a balance transfer would be added to your

3.25"

Fold

balance transfer balance.

**5. OTHER FEES AND CHARGES**

We may charge the following fees. The amounts of these fees are listed in the Rates and Fees Table. These fees will be added to the balance for purchases made during the billing cycle.

**Annual Fee:**

If your account has an annual fee, it will be billed each year or in monthly installments (as stated in the Rates and Fees Table), whether or not you use your account, and you agree to pay it when billed. The annual fee is non-refundable unless you notify us that you wish to close your account within 30 days of the date we mail your billing statement on which the annual fee is charged and at the same time, you pay your outstanding balance in full. Your payment of the annual fee does not affect our right to close your account or limit your right to make transactions on your account. If your account is closed by you or us, we will continue to charge the annual fee until you pay your outstanding balance in full and terminate your account relationship.

**Late Fee:**

We may charge a late fee if we do not receive at least your required minimum payment by the date and time due as shown on your billing statement. We will calculate the late fee based on the Previous Balance shown on the billing statement on which the late fee appears. We may also refer to this fee as the late payment fee or charge.

**Overlimit Fee:**

If your account balance is over your credit line at any time during a billing cycle, even if only for a day, we may charge an overlimit fee. We may charge this fee even if your balance is over the credit line because of a finance charge or fee we imposed or a transaction we authorized. We will not charge more than one overlimit fee for any billing cycle. But we may charge an overlimit fee in subsequent billing cycles, even if no new transactions are made on your account, if your account balance still is over your credit line at any time during the subsequent billing cycles.

**Return Payment Fee:**

If (a) your payment check or similar instrument is not honored, (b) an automatic debit or other electronic payment is returned unpaid, or (c) we must return a payment check because it is not signed or cannot be processed, we may charge a return payment fee. We may also refer to this fee as the returned payment fee.

**Return Check Fee:**

If (a) we stop payment on a cash advance check or balance transfer check at your request, or (b) we refuse to pay a cash advance check or balance transfer check, we may charge a return check fee. We may also refer to this fee as the stop payment fee and the declined check fee.

**Administrative Fees:**

If you request a copy of a billing statement, sales draft or other record of your account or if you request two or more cards or any special services (for example, obtaining cards on an expedited basis), we may charge you for these services. We may also refer to these fees as the copy fee and the card replacement fee, respectively. In addition, if a Cardmember Service Representative initiates an electronic payment at your request, we may charge you a fee for this service. We may also refer to this fee as the expedited payment fee. However, we will not charge you for copies of billing statements, sales drafts or similar documents that you request for a billing dispute you may assert against us under applicable law. Other fees may apply for other services we provide that we will inform you about when we offer the service.

**6. DEFAULT/COLLECTION**

We may consider you to be in default if any of these occurs:

- We do not receive at least the minimum amount due by the date and time due as shown on your billing statement.
- You exceed your credit line.
- You fail to comply with the terms of this agreement or any agreement with one of our related companies.

ADV2039 10/04

3.125"

ADV2039
Portfolio
1004_Portfolio
Cell #: ?
Chase Standard
Creative Pkg:C
Mail Date:?
Last Edit Time: 9/15/04;6
Current Time: 9/15/04: 6:
User name: sysman3*

Page width: 20.000 in
Page height: 8.500 in
Fonts:ZurichBT-RomanC
ZurichBT-BoldCondensed
Times-Roman
Helvetica
ZurichBT-ItalicCondensed

Colors on this page/spread
Black

Important: Colors will not
Images:

ADV2087L.ps  9/22/04 5:02 PM  Page 1

## RATES AND FEES TABLE
(This table may also be referred to as the Pricing Schedule)

**IMPORTANT: KEEP THIS RATES AND FEES TABLE WITH THE OTHER PART OF YOUR CARDMEMBER AGREEMENT THAT IS ENCLOSED.**

### Rates (APRs below are Annual Percentage Rates)

**Default APR**
Up to the Prime Rate* plus 23.99%, currently **28.49%** (0.07805% daily periodic rate). The default rate may apply if you fail to comply with certain terms described in the "Default Rates" section of the enclosed Agreement. The default rate may also be referred to as the Non-Preferred Rate.

**Overdraft Advance APR**
**13.99%** fixed APR (0.03833% daily periodic rate). The overdraft advance rate applies for overdrafts on eligible checking accounts with one of our related banks.

**Variable Rate APRs**
All variable interest rates will be calculated using the highest (U.S.) Prime Rate published in the Money Rates table section of *The Wall Street Journal* two business days before the Closing Date shown on your billing statement, as described in the Variable Rates section of the enclosed Agreement. In calculating any variable rate APR on your account, we will add to the Prime Rate the same margin(s) presently in effect under your existing Cardmember agreement. All of those margins are made part of this Agreement by reference.

All other interest rates (APRs and the corresponding periodic rates) on your account under your existing Cardmember agreement remain in effect and are made part of this Agreement by reference. Promotional and introductory APRs (including for promotional and introductory purchases, balance transfers and cash advances) remain in effect under the terms of the promotion(s). Standard APRs may also be referred to as Preferred Rates. The interest rates for balance transfers apply to balance transfers and balance transfer checks, and the interest rates for cash advances apply to cash advances and cash advance checks.

*Estimated variable APRs above are based on the 4.50% Prime Rate on 9/13/04.

### Fees and Finance Charges

**Cash Advance and Cash Advance Check**
Transaction Fee **FINANCE CHARGE**
  **3.00%** of transaction (minimum fee of **$10.00** and no maximum)

**Balance Transfer and Balance Transfer Check**
Transaction Fee **FINANCE CHARGE**
  **3.00%** of transaction (minimum fee of **$5.00** and maximum of **$75.00**)

| | |
|---|---|
| Minimum **FINANCE CHARGE** | **$1.00** |
| (If any Finance Charge is payable for a monthly billing cycle) | |

**Annual Membership Fee**
If an annual membership fee is part of your existing Cardmember agreement, the fee amount remains the same and is made part of this Agreement by reference.

Late Fees:   $15.00 if the Balance is up to but not including $250.00
             $35.00 if the Balance is $250.00 and over

However, if the default rate is in effect on a monthly statement, we may charge a late fee of $35.00 regardless of the amount of your Balance. "Balance" means the Previous Balance on the statement that shows the late fee. This fee may also be referred to as the late payment fee or charge.

| | |
|---|---|
| Overlimit Fee | $35.00 |
| Return Payment Fee | $35.00 |
| This fee may also be referred to as the Returned Payment Fee. | |
| Return Check Fee | $35.00 |
| This fee may also be referred to as the Declined Check Fee or the Stop Payment Fee. | |

**Administrative Fees:**
| | |
|---|---|
| Copy Fee | $5.00 per copy; $10.00 per original sales slip. |
| Card Replacement Fee | $10.00 |
| Expedited Payment Fee | $14.95 |

10/04                                                           ADV2087

---

ADV2087
Portfolio
1004_Chase_Reprice
Cell #: Fee Only Non Sig Chase
Creative Pkg:INS 1 Panel
Mail Date:10/1/04
Last Edit Time: 9/22/04;5:02:38 PM
Current Time: 9/22/04; 5:02:41 PM
User name: sysman3*

Page width: 3.500 in
Page height: 8.500 in
Fonts:ZurichBT-BoldCondensed
ZurichBT-RomanCondensed
ZurichBT-ItalicCondensed

Colors on this page/spread:
Black

Important: Colors will not be listed accurately if images are missing.

Images: