# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF MISSOURI
### OFFICE OF THE CLERK

PATRICIA L. BRUNE                                                    ROOM 310, U.S. COURTHOUSE
CLERK OF COURT                                                         JEFFERSON CITY, MO 65101

February 13, 2008

Michael Gans
United States Court of Appeals
Thomas F. Eagleton Court House
Room 24.329
111 S. 10th Street
St Louis, MO 63102

**RE:** Cicle v. Chase Bank USA 07-4103-CV-C-NKL

**Dear Mr. Gans:**

A "Notice of Appeal" has been filed in the above styled cause. This is an electronic case, and is available for viewing at the court website. This is an interlocutory appeal. If you need further assistance, you can reach me at (573) 636-4015.

                                                           Sincerely,

                                                           /s/
                                                           C. James
                                                           Deputy Clerk

U.S. COURT OF APPEALS -- EIGHTH CIRCUIT
**NOA SUPPLEMENT**

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of case)


Style and Case Number:   Virginia Cicle v. Chase Bank USA Case no. 07-4103-CV-C-NKL

Length of Trial:  _____NA_____


Financial Status:  Fee Paid?   Yes



  Are there any other pending post-judgment motions? Yes __   No ___X

  *This appeal is being filed before final judgment has been entered.

  Is there keen local interest in this case?  Yes _____  No ___X_

          Do you recommend a simultaneous opinion release?  Yes _____  No __X__

  Please identify the court reporter:  If no court reporter please check     X