# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 08-1362

Virginia Cicle,

Appellee

v.

Chase Bank, USA,

Appellant

------------------------------

National Association of Consumer Advocates and National Consumer Law Center,

Amici on Behalf of Appellee

_____

Appeal from U.S. District Court for the Western District of Missouri - Jefferson City
(2:07-cv-04103-NKL)
_____

**MANDATE**

In accordance with the opinion and judgment of 10/06/2009, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

December 01, 2009

Clerk, U.S. Court of Appeals, Eighth Circuit